IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 07-cv-00352-WYD-BNB | Date: November 6, 2007 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

LOLITA MADDOX,            L. Daniel Rector

      Plaintiff,

v.

AMERICAN STANDARD INSURANCE       Robert Harris
COMPANY OF WISCONSIN,

      Defendant.

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:     9:42 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED: Plaintiff's motion for leave to amend complaint to include a claim for punitive damages (opposed), filed October 16, 2007; #30, is granted as stated on the record.**

Court in Recess     9:53 a.m.     Hearing concluded.

Total time in court:     00:11