IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00352-WYD-BNB

LOLITA MADDOX,

Plaintiff,

v.

AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN,

Defendant.
_____

**ORDER**
_____

This matter is before me on the **Plaintiff's Motion for Leave to Amend Complaint to Include a Claim for Punitive Damages (Opposed)** [Doc. # 30, filed 10/16/2007] (the "Motion to Amend"). I held a hearing on the Motion to Amend this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Amend is GRANTED. Paragraph F of the Prayer for Relief contained in the Complaint and Jury Demand [Doc. # 1, filed 2/19/2007] is deemed amended to state the following:

> An award of statutory damages under C.R.S. § 10-4-708 including, but not limited to, treble damages due for American Family's willful and wanton conduct, and for punitive damages. . . .

IT IS FURTHER ORDERED that the amendment is deemed denied by the defendant.

Dated November 6, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge