IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00352-WYD-BNB

LOLITA MADDOX,

    Plaintiff,

v.

AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN,

    Defendant.

---

**ORDER FOR DISMISSAL WITH PREJUDICE**

---

THIS MATTER comes before the Court on the Stipulation for Dismissal with Prejudice of the parties. The Court, having reviewed the Stipulation and being fully advised in the premises,

ORDERS that the Stipulation for Dismissal With Prejudice is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to pay their own costs and attorney's fees in this matter.

Dated: January 18, 2008

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                U. S. District Judge